IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BELMON SMITH**                                                                  **PETITIONER**

**V.**                                   **CAUSE NO. 3:22-CV-00148-MPM-JMV**

**COMM. BURL CAIN**                                         **RESPONDENT**

<u>**FINAL JUDGMENT**</u>

In accordance with the Memorandum Opinion and Order entered today, Respondent's motion to dismiss [7] is **GRANTED**, and the instant petition is **DISMISSED WITH PREJUDICE**. A certificate of appealability is **DENIED**.

**SO ORDERED** this, the 7th day of November, 2022.

<u>/s/ MICHAEL P. MILLS</u>
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI